UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| THOMAS NORTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5:17-cv-351-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JOY BEASLEY, in her official capacity as | ) | |
| Keeper of the National Register of Historic | ) | |
| Places, et al., | ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants.

2. This action is **DISMISSED WITH PREJUDICE** and is **STRICKEN** from the Court's active docket.

3. This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

This the 30th day of September, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY